## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

**In the Matter of:**
CHARLIE KENNETH RAIFORD,
TAMMY LYNN RAIFORD,
    Debtor.

Case No: 10-72984-FJS
Chapter 13

### NOTICE OF MOTION TO SUSPEND PLAN PAYMENTS

The debtor has filed papers with the Court to Suspend Plan Payments.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your Attorney, if you have one in this case.  (If you do not have an Attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion requested, or if you want the Court to consider your views on the Motion, then on or before April 3, 2013, you or your Attorney must file with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).

You must also send a copy of your written response to:

    Steve C. Taylor, Esquire
    Counsel for the Debtors
    Law Offices of Steve C. Taylor, P.C.
    133 Mount Pleasant Road
    Chesapeake, VA 23322

If you or your Attorney do not take this step, the Court may decide you do not oppose the relief sought in the motion and may enter an Order granting the Motion without further notice or hearing.

Date: 3|20|13

_____
Steve C. Taylor, Esquire
Counsel for the Debtors

Steve C. Taylor
Law Offices of Steve C. Taylor
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB#: 31174

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Notice of Motion was mailed by First Class United States mail, postage prepaid, to the Office of the United States Trustee; the Chapter 13 Trustee; and all creditors and parties in interest, on  3/20        , 2013.

_____
Steve C. Taylor, Esquire

Steve C. Taylor
Law Offices of Steve C. Taylor
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia  23322
(757) 482-5705
VSB#: 31174

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

**In the Matter of:**
CHARLIE KENNETH RAIFORD,
TAMMY LYNN RAIFORD,
    Debtor.

Case No: 10-72984-FJS
Chapter 13

## MOTION TO SUSPEND PLAN PAYMENTS

NOW COME the debtors, by Counsel, and state the following, to wit:

1. That the debtors filed bankruptcy under Chapter 13 on June 23, 2010.
2. That Michael P. Cotter was appointed and serves as the Trustee in this case.
3. That the debtors Chapter 13 Plan was confirmed on October 20, 2010.
4. That Debtor husband suffered a mental break down in August 2012 resulting in an in-patient hospital stay and has still not fully recovered. He has not worked at the shipyard since his breakdown in August 2012, and officially retired January 3, 2013. The debtors are currently in financial distress due to the medical condition of the husband, and are substantially behind on all utility payments. Debtors will be proposing a modified plan reduce their plan payments to meet their disposable income available. Debtors are aware that the plan payments must be brought current not later than the 55th month. A motion has not been filed earlier due to the mental state of the debtor and his inability to communicate the need for a suspension.
5. That the debtor is unable to pay his Chapter 13 plan payments for the months of March 2013, April 2013 and for May 2013 due to the lost income and expenses.
6. Wherefore Debtors pray for a three (3) month suspension of his Chapter 13 Plan payments.
7. That the debtor must cure the arrears from the three (3) month suspension before the fifty-fifth (55) month of the Chapter 13 Plan.

Steve C. Taylor
Law Offices of Steve C. Taylor
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB#: 31174

WHEREFORE, the debtors pray this Honorable Court enter an Order allowing them to suspend the Chapter 13 plan payments for the months of March 2013, April 2013, and May 2013 with payments resuming in June of 2013, and that the debtor will cure the arrearages on or before the fifty-fifth (55) month of the Chapter 13 Plan.

CHARLIE KENNETH RAIFORD
TAMMY LYNN RAIFORD

/s/ Steve C. Taylor

Steve C. Taylor, Esquire,
Counsel for the debtor

## Certificate of Mailing

I hereby certify that on March 19, 2013, the foregoing Motion was mailed to the debtor, all creditors, the Office of the United States Trustee, and the Chapter 13 trustee.

/s/ **Steve C. Taylor**

Steve C. Taylor
Law Offices of Steve C. Taylor
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB#: 31174

```
Aspire
P.O. Box 10555
Atlanta, GA 30348


Asset Acceptance, LLC (notice)
CT Corp., Reg. Ag.
4701 Cox Rd., Ste. 301
Glen Allen, VA 23060-6802


Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026


Bank of America (notice-FDIC)
Brian T. Moynihan, CEO
100 N. Tryon Street
Charlotte, NC 28255


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Capital One (notice)
Richard D. Fairbank, CEO
1680 Capital One Drive
Mc Lean, VA 22102


Chase
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Bank (Notice)
CT Corporation, Reg. Ag.
4701 Cox Rd., Ste. 301
Glen Allen, VA 23060


Chase Freedom
P.O. Box 15299
Wilmington, DE 19850-5299


Citi Cards
P.O. Box 142319
Irving, TX 75014-2319
```

```
Citi Cards (notice)
Michael L. Corbat, CEO
POB 6500
Sioux Falls, SD 57117


City of Suffolk Treasurer
P. O. Box 1583
Suffolk, VA 23439


City of Suffolk Treasurer
Ronald H. Williams
441 Market Street
Suffolk, VA 23439


Direct Merchants
P.O. Box 17313
Baltimore, MD 21297


Discover
P.O. Box 71084
Charlotte, NC 28272-1084


Discover (CERT)
David Nelms, CEO
2500 Lake Cook Rd.
Deerfield, IL 60015


Dominion Law Assoc.
PO Box 62719
Virginia Beach, VA 23466


Farmer's Bank
P.O. Box 285
Windsor, VA 23487


Farmers' Bank (notice)
Richard Holland, CEO
3100 Godwin Blvd.
Suffolk, VA 23434


FIA Card Services
P.O. Box 15019
Wilmington, DE 19850
```

```
FIA Card Services (RA)
CT Corporation System
4701 Cox Rd Ste 301
Glen Allen, VA 23060


Fingerhut
P.O. Box 1250
Saint Cloud, MN 56396-1250


Fingerhut (notice)
William J. Lansing, CEO
4400 Baker Rd.
Eden Prairie, MN 55344


Glasser & Glasser
Collections Dept.
PO Box 3400
Norfolk, VA 23514


HSBC
2929 Walden Avenue
Depew, NY 14043


HSBC Bank (RA)
CT Corporation System
4701 Cox Rd Ste 301
Glen Allen, VA 23060-6802


J.C. Penney
P.O. Box 981131
El Paso, TX 79998-1131


JCPenney Co. (notice)
CT Corp, Reg. Ag.
4701 Cox Rd., Ste. 301
Glen Allen, VA 23060-6802


Lowe's
P.O. Box 530914
Atlanta, GA 30353-0914


Lowe's Companies Inc. (notice)
Robert A. Niblock, CEO
1000 Lowe's Blvd.
Mooresville, NC 28117
```

Macy's
P.O. Box 689195
Des Moines, IA 50368-9195


Macy's Northeast, Inc (notice)
Edward R. Parker, Reg. Agent
5511 Staples Mill Road
Henrico, VA 23228


Margolis, Pritzker
110 West Road, Ste 222
Towson, MD 21204


Office of the Attorney General
Child Support Division
POB 12017
Austin, TX 78711-2017


Radio Shack
P.O. Box 653054
Dallas, TX 75265-3054


Radio Shack
300 RadioShack Cir.
Fort Worth, TX 76102-1964


Radio Shack (notice)
Corp. Sv. Co., Reg. Ag.
1111 E. Main St., 16th Fl.
Richmond, VA 23219


Resurgent Capital Services
P.O. Box 10465
Greenville, SC 29603-0465


Sears
1500 Boltonfield Street
Columbus, OH 43228


Sears (notice)
Robert A. Sears, Jr., Reg. Ag.
PO Box 578
Appomattox, VA 24522

Suffolk City Attorney (notice)
441 Market Street
Suffolk, VA 23434


Target (RA)
CT Corporation System
4701 Cox Rd Ste 301
Glen Allen, VA 23060


Target National Bank
3901 West 53rd Street
Sioux Falls, SD 57106-4216


TxCSDU
P.O. Box 659791
San Antonio, TX 78265-9791


Victoria's Secret
P.O. Box 182125
Columbus, OH 43218-2125


Victoria's Secret (notice)
Lori Greeley, CEO
4 Limited Pky., E.
Reynoldsburg, OH 43068


Wal-Mart
P.O. Box 530927
Atlanta, GA 30353-0927


Wal-Mart (notice)
CT Corp, Reg. Ag.
4701 Cox Rd., Ste. 301
Glen Allen, VA 23060


Zwicker & Associates
80 Minuteman Road
Andover, MA 01810-1008


Zwicker & Associates
P.O. Box 101145
Birmingham, AL 35210-6145

Zwicker & Associates
80 Minute Man Road
Andover, MA 01810